IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV117 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICIA J. KORTJE n/k/a | ) | |
| PATRICIA J. SCHROEDER and | ) | |
| SCOTT A. SCHROEDER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Extension of Time to Serve Summons and Complaint (Filing No. 6). Upon good cause shown, the plaintiff's motion is granted. The plaintiff shall have until **November 28, 2011**, to complete service upon the defendant Scott A. Schroeder.

**IT IS SO ORDERED.**

DATED this 15th day of July, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge